ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770         JS-6
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ELENA SALDAMANDO, | ) No. 2:12-CV-06497-VBK |
| | ) |
| Plaintiff, | ) **[PROPOSED] JUDGMENT OF** |
| | ) **REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged concurrent with the lodging of this Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the stipulation to remand.

DATED: June 21, 2013                    _____/s/_____
                                        HON. VICTOR B. KENTON
                                        UNITED STATES MAGISTRATE JUDGE