ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ELENA SALDAMANDO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 2:12-06497-VBK<br><br>~~PROPOSED~~ **ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES AND COSTS** |

    Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees and Costs ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 1920 (costs) and 2412(d) (fees), in the amount of THREE THOUSAND, EIGHT-HUNDRED, NINETY DOLLARS AND EIGHTEEN CENTS ($3,890.18) in attorney's fees and SIXTY DOLLARS ($60.00) in costs, subject to the terms of

1 the Stipulation.  Under the terms of the Stipulation, payment may be delivered to
2 Plaintiff's counsel.

4 Dated:  August 1, 2013              /s/
5                                                HON. VICTOR B. KENTON
                                                 UNITED STATES MAGISTRATE JUDGE